1
2
3
4
5
6
7

**FILED**
CLERK, U.S. DISTRICT COURT

January 7, 2016

CENTRAL DISTRICT OF CALIFORNIA
BY: ___VPC___ DEPUTY

8      UNITED STATES DISTRICT COURT

9   CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

10

| | |
|---|---|
| 11  JC A. CALSO and CAROLINA CALSO, | Case No.:  2:15-cv-07770-SJO-AFM |
| 12 | |
| 13          Plaintiffs, | **ORDER VACATING THE SCHEDULING CONFERENCE AND SETTING AN OSC RE DISMISSAL** |
| 14     vs. | |
| 15  WELLS FARGO BANK, N.A,; NBS DEFAULT SERVICES LLC; and DOES 1 through 50, inclusive, | |
| 16 | [*Hon. S. James Otero, Judge*] |
| 17          Defendants. | |
| 18 | |

1       **BASED ON THE PARTIES' JOINT STATEMENT**, and **GOOD
2 CAUSE APPEARING**, the Scheduling Conference presently set for Jan. 11, at
3 8:30 a.m. in this matter is vacated. A Order to Show Cause re Dismissal is set for
4 Feb. 8, 2016, 8:30 a.m., in Courtroom 1.
5       **IT IS SO ORDERED.**
6
7 DATED: January 7, 2016
8                               UNITED STATES DISTRICT JUDGE

*(Signed: S. James Otero)*

# CERTIFICATE OF SERVICE

I, the undersigned, declare that I am over the age of 18 and am not a party to this action. I am employed in the City of Pasadena, California; my business address is Anglin, Flewelling, Rasmussen, Campbell & Trytten LLP, 199 S. Los Robles Avenue, Suite 600, Pasadena, California 91101-2459.

On the date below, I served a copy of the foregoing document entitled:

**[PROPOSED] ORDER VACATING THE SCHEDULING CONFERENCE AND SETTING AN OSC RE DISMISSAL**

on the interested parties in said case as follows:

*Served By Means Other Than Via The Court's CM/ECF System:*

*Counsel for Plaintiff:*

Marc Applbaum
Kettner Law Corporation
2150 W Washington St., Suite 104
San Diego, CA  92110
Tel:  (619) 756-7300
Fax:  (619) 363-3944

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made. This declaration is executed in Pasadena, California on **January 6, 2016.**

| Marianne Mantoen | */s/ Marianne Mantoen* |
|---|---|
| (Type or Print Name) | (Signature of Declarant) |